# Court of Appeals
# of the State of Georgia

ATLANTA,___July 30, 2012___

*The Court of Appeals hereby passes the following order:*

**A12I0235. JONES PETROLEUM COMPANY, INC. v. SALIM GILLANI et al.**

On April 13, 2012, the trial court entered an order granting 875 Woodstock, LLC's motion for equitable relief. On April 19, the trial court certified its order for immediate review. On May 4, 2012, Jones Petroleum Company, Inc. filed this application for interlocutory appeal.[1] Pursuant to OCGA § 5-6-34 (b), an interlocutory application must be filed with this Court within ten days of the date a timely certificate of immediate review is entered below. *Genter v. State*, 218 Ga. App. 311 (460 SE2d 879) (1995). Because this application was filed 15 days after entry of the certificate of immediate review, it is untimely and is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_07/30/2012___
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] We transferred the application to the Supreme Court because it appeared to fall within that Court's subject matter jurisdiction over equity and title to land cases. The Supreme Court, however, returned the application here.